IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

TIMOTHY S. THERRIEN, )
an individual, )
        Plaintiff, )
v. ) Case No. 06CV 217 JHP-FHM
TARGET CORPORATION, )
a Minnesota corporation, )
        Defendant. )

## WITNESS LIST OF DEFENDANT TARGET CORPORATION

COMES NOW Target Corporation ("Target"), Defendant herein, and pursuant to the Court's Scheduling Order does submit its list of those individuals it may call as witnesses at the trial of this cause. By including within this list of witnesses certain individuals who may offer testimony regarding its security or training procedures, Target does not herein waive its objections to the admissibility of that or any other evidence.

## WITNESSES

| Witness | Proposed Testimony |
|---|---|
| Michael Brewer<br>Target Corporation<br>c/o Richards & Connor | Training and security procedures of Target Corporation. |
| Corporal Brian Collumn<br>Tulsa Police Department | Observations of scene of incident and interviews of witnesses, observations of Target Store security. |
| Deputy Michael Carter<br>Creek County Sheriff's Office | Plaintiff's history of violence, arrests and incarceration. |
| Jimmy Crow<br>Current address unknown | Plaintiff's psychiatric history and history of violent behavior (per Protective Orders). |

| | |
|---|---|
| Maclyn Crow<br>Current address unknown | Plaintiff's psychiatric history and history of violent behavior (per Protective Orders). |
| Officer Steve Downey<br>Tulsa Police Department | Observations of scene of incident and interviews of witnesses, statements of Plaintiff. |
| Officer Connie Evans<br>Tulsa Police Department | Observations of scene of incident and interviews of witnesses, statements of Pavey, observations of Target Store security and of Pavey. |
| Sandy Files<br>Target Corporation (retired)<br>c/o Richards & Connor | Observations of scene of incident, statements of Pavey concerning incident. |
| Dwayne Grant<br>Target Corporation<br>c/o Richards & Connor | Statement of Pavey at scene that he told Therrien to stay back from the altercation. |
| Teresa Johnson<br>Former Target Corporation employee<br>c/o Richards & Connor | Statement of Kreps that instructed Plaintiff not to go to the area of the altercation. |
| Greg Kinslow<br>Former Target Corporation employee<br>c/o Richards & Connor | Experience as Target security employee, observations of scene of incident and assistance of police at scene, experience with Pavey, Target security and training procedures. |
| Lisa Boughman Kreps<br>Target Corporation<br>c/o Richards & Connor | Observations of incident and instructions to Therrien to stay away from the altercation, statement of Pavey to Therrien to "back off". |
| Dr. Luke<br>Veterans Administration<br>Tulsa, Oklahoma | Psychiatric history of Plaintiff, treatment of Plaintiff. |
| Scott Manley<br>Sensormatic Corporation<br>Tulsa, Oklahoma | Repair to CCTV camera system on day of incident and observations of scene of incident. |
| David Pickel<br>Target Corporation<br>c/o Richards & Connor | Observations of scene of incident, statements of Plaintiff. |

| | |
|---|---|
| Julie Plonczynski<br>Target Corporation<br>c/o Richards & Connor | Events leading to incident and observations of scene of incident, observations and experience with Pavey as an Asset Protection employee of Defendant Target Corporation, experience as Target Asset Protection employee and supervisor, statements of Plaintiff and Plaintiff's daughter, return of Therrien to store after incident, Target security procedures and training. |
| Stacie Pavey<br>Target Corporation<br>c/o Richards & Connor | Training and procedures of Target Corporation, events leading to incident and occurrence of incident, employment with Target, statements of Plaintiff. |
| Jessica Therrien<br>Current address unknown | Plaintiff's history, injuries from subject incident, statements regarding incident. |
| Kim Therrien<br>Current address unknown | Plaintiff's history of violence and psychiatric history, and events preceding incident at Target. |
| Timothy Therrien<br>Plaintiff<br>c/o Dorwart Law Firm | Personal history, incident in issue, injuries, medical and psychiatric history, prior history of violence. |
| Dr. David Traub<br>Heritage Medical Clinic<br>Tulsa, Oklahoma | Plaintiff's history of severe post-traumatic stress disorder with violent tendencies, prior medical history, injuries from subject incident and treatment thereof. |
| Sergeant Mark Watson<br>Tulsa Police Department | Observations of scene of incident, experience responding to calls at subject Target Store. |

Expert witnesses to be identified

Witnesses identified by Plaintiff and not otherwise objected to.

As discovery is ongoing, Target may seek to supplement this list with additional witnesses.

WHEREFORE, premises considered, Defendant Target Corporation submits the foregoing as its list of those witnesses whom it may call at the trial of this cause.

Respectfully submitted,

   *s/ Jason L. Glass*
Phil R. Richards, OBA #10457
Jason L. Glass, OBA #17635
RICHARDS & CONNOR
12th Floor, ParkCentre Building
525 South Main
Tulsa, Oklahoma 74103-4509
(918) 585-2394
(918) 585-1449 - Facsimile
prichards@richardsconnor.com

ATTORNEYS FOR DEFENDANT
TARGET CORPORATION

## CERTIFICATE OF MAILING

**X**  I hereby certify that on December 18, 2007, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of Notice of Electronic Filing to the following ECF registrants:

Paul DeMuro, Esq.
Eric R. Schelin, Esq.
FREDERIC DORWART, LAWYERS
Old City Hall, Suite 100
124 East Fourth Street
Tulsa, Oklahoma 74103
pdemuro@fdlaw.comm
Eschelin@fdlaw.com
*Attorney for Plaintiff*

   *s/Jason L. Glass*
Jason L. Glass

R:\7455\Plea\Witness List (16585).wpd