IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TIMOTHY S. THERRIEN, an individual, </br></br>  Plaintiff, </br></br> v. </br></br> TARGET CORPORATION, a Minnesota corporation, </br></br>  Defendant. | ) ) ) ) ) ) ) Case No. 06-CV-217 JHP-FHM ) ) ) ) ) ) |

## FINAL EXHIBIT LIST OF DEFENDANT TARGET CORPORATION

COMES NOW Target Corporation ("Target"), Defendant herein, and pursuant to the Court's Scheduling Order does submit its list of those exhibits which it may offer for admission into evidence at the trial of this cause. By including within this list certain exhibits which concern its security or training procedures, Target does not herein waive its objections to the admissibility of that or any other evidence

**EXHIBITS**

1. Video - Music & Movies section 6/3/05 (no audio);

2. Video - Exit View 6/3/05 (no audio);

3. Exit View enlargement 2:05:50;

4. Exit View enlargement 2:05:51;

5. Exit View enlargement 2:05:56;

6. Photo at store taken 8/19/05;

7. Photo at store taken 8/19/05;

8.  Photo at store taken 8/19/05;

9.  Photo at store taken 8/19/05;

10. Photo at store taken 8/19/05;

11. Photo at store taken 8/19/05;

12. Photo at store taken 8/19/05;

13. Photo at store taken 8/19/05;

14. Target CIRS Report 6/3/05;

15. Target Asset Protection Directives eff. 3/7/05 (p. 1, 2, 10, 12 & 32);

16. Target Non-Violent Crisis Intervention Workbook 12/04 ed. (p. 1, 4s, 5s);

17. Target AP Academy electronic training eff. 5/05 - 11/05 (prints of screens Instructor: Non-Violent Crisis Intervention, Instructor: Apprehension (5 pages), Handcuffing);

18. Sensormatic Service Call Activity Log 12/27/04 to 6/13/05;

19. Claim Research Services video 11/20/07 (no audio);

20. Owasso Target Store video 11/20/07 (no audio);

21. Transcript Timothy J. Therrien recorded statement 9/21/05 (redacted per Order in Limine);

22. St. Francis Hospital records (redacted per Order in Limine);

23. Dr. Traub records (redacted per Order in Limine);

24. Oklahoma Physical Therapy Records;

25. Tulsa Police reports concerning subject incident with attachments thereto;

26. Plaintiff's medical bills with records of payment;

27. Pleadings and court filings from Protective Order cases:

    a. *Crow vs. Therrien*, PO-99-1004, in the District Court in and for Creek County ;

   b. *Crow vs. Therrien*, PO-99-1005, in the District Court in and for Creek County;

   and

   c. *Therrien vs. Therrien*, PO-2004-347; in the District Court in and for Creek County;

28. Pleadings and court filings from Protective Order cases:

   a. *Crow vs. Therrien*, PO-99-1004, in the District Court in and for Creek County ;

   b. *Crow vs. Therrien*, PO-99-1005, in the District Court in and for Creek County;

   and

   c. *Therrien vs. Therrien*, PO-2004-347; in the District Court in and for Creek County;

29. Pleadings and court filings in criminal cases:

   a. *State vs. Therrien*, 94-CRF-14412, in the District Court in and for Nash County, North Carolina;

   b. *State vs. Therrien*, CM-2004-707, in the District Court in and for Creek County;

   c. *State vs. Therrien*, CM-2005-47, in the District Court in and for Creek County; and

   d. *State vs. Therrien*, CM-2005-48, in the District Court in and for Creek County;

30. Records of Creek County Sheriff's Office relating to Plaintiff;

31. Bankruptcy pleadings and court filings in *Re: Timothy Scott Therrien*, 04-15632-M, in the United States Bankruptcy Court for the Northern District of Oklahoma;

32. Pleadings and court filings in *Therrien vs. Therrien*, FD-2005-79, in the District Court in and for Creek County;

33. Workers' Compensation Court pleadings and court filings regarding Plaintiff;

34. Social Security Disability case pleadings and court filings:

   a. Phoenix; and

   b. Tulsa;

35. Demonstrative Exhibits:

   a. Store Diagram

   b. Timeline of events.

          Respectfully submitted,

          *s/Phil R. Richards*
          Phil R. Richards, OBA #10457
          Jason L. Glass, OBA #17635
          RICHARDS & CONNOR
          12th Floor, ParkCentre Building
          525 South Main
          Tulsa, Oklahoma 74103-4509
          (918) 585-2394
          (918) 585-1449 - Facsimile
          prichards@richardsconnor.com
          ATTORNEYS FOR DEFENDANT
          TARGET CORPORATION

## **CERTIFICATE OF DELIVERY**

I hereby certify that on the 14th day of November, 2008, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of Notice of Electronic Filing to the following ECF registrants:

Paul DeMuro, Esq.
Eric R. Schelin, Esq.
FREDERIC DORWART, LAWYERS
Old City Hall, Suite 100
124 East Fourth Street
Tulsa, Oklahoma 74103
pdemuro@fdlaw.comm
Eschelin@fdlaw.com
***Attorneys for Plaintiff***

          *s/Phil R. Richards*
          Phil R. Richards